# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Janus Global Operations, LLC | ) ASBCA No. 63156 |
| | ) |
| Under Contract Nos. H98230-12-C-0050 | ) |
|      W91B4N-14-C-2022 | ) |
|      SAQMMA-11-D-0103 | ) |
|      FA8240-17-D-4651 | ) |
|      W912DY-10-D-0016 | ) |

APPEARANCES FOR THE APPELLANT:  Edmund M. Amorosi, Esq.
                Daniel H. Ramish, Esq.
                 Smith Pachter McWhorter PLC
                 Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
                 Engineer Chief Trial Attorney
                Melanie L. Braddock, Esq.
                Michael L. Graves, Jr., Esq.
                 Engineer Trial Attorneys
                 U.S. Army Engineer District, Huntsville

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket without prejudice.

Dated: October 12, 2022

_____
DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63156, Appeal of Janus Global Operations, LLC, rendered in conformance with the Board's Charter.

Dated: October 12, 2022

_for Tammye D. Allott_

_____

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals